UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

MEG WHEADON, P.T., Individually doing
business as Fitness Forum, FITNESS
FORUM PHYSICAL THERAPY, P.C.,
FITNESS FORUM SERVICES, LLC,
FITNESS FORUM OF CENTRAL
NEW YORK and ARLENE SMALL.

                Plaintiffs,
  vs.                                                    CIVIL NO.  5:07-cv-501 (GTS/GHL)

ESSEX INSURANCE COMPANY,

                Defendant.

<u>Appearances</u>:                                    <u>Of Counsel</u>:

For Plaintiff:

Hancock & Estabrook                      Alan J. Pierce, Esq.
1500 AXA Tower I
Syracuse, NY 13221

For Defendant:

Clausen, Miller Law Firm                 Steven J. Fried, Esq.
One Chase Manhattan Plaza
New York, NY 10005

Glenn T. Suddaby, U.S. District Judge

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

     The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules

of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: July 29, 2009
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge